UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                    CASE NO.: 26-10729-SMG
                                                                                                      CHAPTER 13
**Aidalina Del Socorro Garcia**

  **Debtor.**

_____/

### RESPONSE TO DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY

**COMES NOW**, U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee on behalf of the holders of the WaMu Mortgage Pass-Through Certificates Series 2007-OA6 Trust ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Debtor's Motion to Impose the Automatic Stay(D.E. #17), and, in support thereof, states as follows:

1. Secured Creditor holds a mortgage on the property located at 12723 SW 53 Ct., Miramar, FL 33027 ("Property"), recorded in the Clerk of Court of Broward County, Florida

2. On January 22, 2026, Debtor filed a Voluntary Petition for Bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code.

3. On or about January 29, 2026, Debtors filed an Motion to Impose the Automatic Stay (DE# 17).

4. Debtor is currently in arrears concerning this mortgage for the payments due from December 2010 through February 2026, totaling $417,151.36.

5.  According to Debtor's First Amended Plan, Debtor is surrendering the subject property.

6.  According to Debtor's Motion to Impose the Automatic Stay, Debtor is treating the Secured Credtior's claim outside of the bankruptcy.

7.  Secured Creditor does not oppose the Debtor's Motion to Impose the Automatic Stay to the extent that it does not apply to Secured Creditor's claim or the subject property, given the Surrender treatment in the First Amended Plan.

8.   Secured Creditor reserves the right to amend and or supplement this response prior to the hearing.

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/ Can Guner
Can Guner, Esq.
Email: cguner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Aidalina Del Socorro Garcia
12723 SW 53 CT
Miramar, FL 33027

And via electronic mail to:

Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Trustee
Robin R Weiner
Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/ Can Guner
    Can Guner, Esq.
    Email: cguner@raslg.com